IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TROTTER,

      Plaintiff,                    No. CIV S-08-0693 GEB KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.           ORDER FOR PAYMENT

                                    /     OF INMATE FILING FEE

To: The Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

        In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1

1        1. The Director of the California Department of Corrections and Rehabilitation or
2  a designee shall collect monthly payments from plaintiff's prison trust account in an amount
3  equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust
4  account and shall forward those payments to the Clerk of the Court each time the amount in the
5  account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has
6  been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified
7  by the name and number assigned to this action.
8        2. The Clerk of the Court is directed to serve a copy of this order and a copy of
9  plaintiff's in forma pauperis affidavit on Director, California Department of Corrections and
10 Rehabilitation, 1515 S Street, Sacramento, California 95814.
11       3. The Clerk of the Court is directed to serve a copy of this order on the Financial
12 Department of the court.
13 DATED: May 4, 2009.

_____
U.S. MAGISTRATE JUDGE

1
trot0693.cdc