IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TROTTER,

      Plaintiff,                    No. CIV S-08-0693 GEB KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.           ORDER

_____/

      On July 15, 2010, plaintiff filed a request for the appointment of counsel. This civil rights action was closed on June 30, 2010. Therefore, plaintiff's request is denied.

DATED: July 22, 2010.

                                          U.S. MAGISTRATE JUDGE

1
trot0693.58