IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TROTTER,

      Plaintiff,                              No. CIV S-08-0693 GEB KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                         <u>ORDER</u>

_____/

        On August 11, 2010, plaintiff filed a motion for appointment of counsel and an amended complaint.  This civil rights action was closed on June 30, 2010.  Therefore, these documents will be disregarded and no orders will issue in response to future filings.

DATED: August 16, 2010.

                                                    U.S. MAGISTRATE JUDGE

1/kly
trot0693.58(3)